Certificate Number: 03621-PAE-DE-034052460

Bankruptcy Case Number: 19-17977



03621-PAE-DE-034052460

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 5, 2020, at 6:18 o'clock PM EST, Jonathan Wallace completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    February 5, 2020                          By:      /s/Frances  Palenzuela

                                                    Name:   Frances  Palenzuela

                                                    Title:    Credit Counselor