**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Jonathan William Wallace<br>Debtor(s) | | CHAPTER 7 |
| BANK OF AMERICA, N.A.<br>vs.<br>Movant | | NO. 19-17977 ELF |
| Jonathan William Wallace<br>Debtor(s) | | 11 U.S.C. Section 362 |
| Terry P. Dershaw Esq.<br>Trustee | | |

## ORDER

AND NOW, this   12th    day of    Feb.    , 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is granted and the automatic stay under 11 U.S.C. Sections 362 is **MODIFIED** with respect to the subject premises located at 115 Norwood Avenue, Holmes, PA 19043 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**