UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)

| | |
|---|---|
| IN RE:<br>JONATHAN WILLIAM WALLACE,<br><br>Debtor. | Case No.   19-17977-elf<br><br>Chapter  7 |
| FIRST NATIONAL BANK OF OMAHA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN WILLIAM WALLACE,<br><br>Defendant. | **COMPLAINT SEEKING EXCEPTION TO DISCHARGE PURSUANT TO 11 U.S.C. §523 (a) (2) (C) and/or §523 (a) (2) (A)**<br><br>A.P.  No. 20-ap-_____.<br><br>Hon. Judge Frank |

The Plaintiff, First National Bank of Omaha, by and through its attorney, and for its Complaint against the Debtor, avers and alleges as follows:

### I. Parties and Jurisdiction

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §1334 and §157.

2. This matter is a core proceeding pursuant to 28 U.S.C. §157.

3. The Debtor filed a Petition, and an Order for Relief was entered under 11 U.S.C Chapter 7 on December 27, 2019.

4. The Plaintiff is a named creditor in the above referenced bankruptcy proceeding and is objecting to the discharge of a debt in this bankruptcy.

5. The Plaintiff consents to entry of final orders or judgment by the bankruptcy court.

### II. Facts and Background

6. The Debtor, Jonathan William Wallace, was issued a credit card account by First National Bank of Omaha, number xxxx-xxxx-xxxx-2390, which account was opened on July 17, 2013.

7. On August 22, 2019, the Account was in good standing and the balance on the account was $0.00.

8. Then between August 22, 2019 and October 28, 2019, the Debtor started charging excessively and made $7,356.60 in charges on the Account.

*See* Exhibit A, true and accurate copies of the billing statements associated with the Account.

9. The Debtor's charges during this time period, included, but were not limited to:
   a. Charges to Hannum's Harley Davidson in the amounts of $805.55 and $262.03;
   b. A charge to Oyster House in the amount of $216.00;
   c. Charges to Holly Shores Campground in the amounts of $496.00; and $51.00;
   d. A charge to Coach Inc. in the amount of $163.24;
   e. A charge to Foot Locker in the amount of $130.00; and
   f. A charge to Universal Admission Ticket in the amount of $362.10.

*See* Exhibit A.

10. The Debtor made one $50.00 payment on the Account after making the above charges and prior to filing bankruptcy.

11. The Debtor rarely used this Account prior to the above charging.

12. The Debtor has previously filed for bankruptcy protection.

13. The Debtor had $137,602.00 in Unsecured Debt at the time of filing bankruptcy.

14. Given the Debtor's monthly income, monthly living expenses, and circumstances as set forth in his sworn Schedules and sworn Statement of Financial Affairs, at the time the Defendant incurred the abovementioned $7,356.60 in charges, the Debtor's monthly disposable income was not sufficient to pay for these transactions pursuant to the terms and conditions associated with the account.

### III. First Cause of Action

15. Paragraphs 1 through 14 are hereby repeated and incorporated as if fully set forth herein.

16. The Debtor made approximately $4,793.34 in purchases on the abovementioned account within 90 days of filing bankruptcy.

17. To the extent that the Debtor incurred luxury good purchases or services aggregating more than $675.00 within ninety days of filing this Chapter 7 bankruptcy, said luxury

good purchases or services are presumed nondischargeable pursuant to 11 U.S.C. §523 (a) (2) (C)(i).

18. Based on the location, frequency, and change in spending, the charges made during the 90-day period appear to be for luxury and/or non-necessity type goods or services.

19. Upon information and belief, the $4,793.34 in charges made during the 90-day period were for luxury and/or non-necessity type goods or services and should not be discharged.

20. Based on the foregoing, the charges incurred for luxury goods or services over $675.00 are non-dischargeable pursuant to 11 U.S.C. §523 (a) (2) (C).

### IV. Second Cause of Action

21. Paragraphs 1 through 20 are hereby repeated and incorporated as if fully set forth herein.

22. Pursuant to the account agreement, the Debtor agreed to repay Plaintiff for the charges on the account by using the card and represented that he had the ability to repay for the charges.

23. When the Debtor made the $7,356.60 in charges on the account, the Debtor represented that he had the intention to repay said debt to the Plaintiff pursuant to the terms of the account agreement and by use of the card.

24. The account statements are marked Exhibit A and attached hereto.

25. The Plaintiff relied upon the Debtor's representations of intent to repay the Plaintiff pursuant to the terms of the account agreement and representations of agreement to abide by the terms of the account agreement in allowing the Debtor to use the account and incur the charges between August 22, 2019 and October 28, 2019, as set forth in Exhibit A, attached hereto.

26. Although the Debtor knew or should have known that he would not be able to repay Plaintiff for these charges, the Debtor continued using the card.

27. The Debtor's spending habits and patterns changed suddenly and drastically during the relevant time period.

28. The Debtor started charging excessively after rarely using this Account, making multiple purchases on the same day buying non-necessity type goods or services, made one minor payment, and then filed for bankruptcy protection a second time.

29. The Debtor either deliberately intended to deceive Plaintiff or acted recklessly with regard to his ability to pay Plaintiff for the $7,356.60 in transactions.

30. The Plaintiff monitored the Defendant's card activity and credit worthiness on a monthly basis and there were no indications and/or "red flags" indicating that Defendant would not repay Plaintiff for these charges.

31. The Plaintiff was justified in its reliance upon the Debtor's representations of intent to repay the Plaintiff pursuant to the terms of the account agreement and representations of agreement to abide by the terms of the account agreement.

32. The Debtor incurred the abovementioned $7,356.60 in charges on the Plaintiff's accounts at a time when the Debtor was unable to meet his existing financial obligations as they became due.

33. Based upon the above, at the time the Debtor incurred the abovementioned $7,356.60 in charges, the Debtor intended to deceive the Plaintiff in that he either had no intention to repay said debt to the Plaintiff pursuant to the terms of the account agreement or the Debtors knew or should have known that he had no ability to repay said debt to the Plaintiff.

34. Based upon the above, at the time the Debtor incurred the abovementioned $7,356.60 in charges, the Debtor deceived the Plaintiff in that he made such representations of intent to repay the Plaintiff pursuant to the terms of the account agreement and representations of agreement with knowledge that the debtor was unable to repay Plaintiff or to abide by the terms of the account agreement with a reckless disregard as to the truthfulness of said representations.

35. Therefore, the Debtor obtained said money from the Plaintiff by false pretenses, false representation, or actual fraud, and at the time of filing, the debt owed to the plaintiff was in the amount of $7,356.60 and for the above reasons, this indebtedness to Plaintiff, First National Bank of Omaha, is nondischargeable in bankruptcy pursuant to 11 U.S.C. §523 (a) (2) (A).

## VI. Prayer for Relief

**WHEREFORE,** Plaintiff, First National Bank of Omaha, respectfully prays that this Court:

A. Determine that the Debtor's indebtedness to the Plaintiff is an exception to discharge pursuant to 11 U.S.C. §523 (a)(2)(C) and/or §523 (a)(2)(A).

B. Grant judgment to the Plaintiff, First National Bank of Omaha, against the Debtor, Jonathan William Wallace, the amount of $7,356.60 plus the $350.00 Adversary Proceeding filing fee, for a total of $7,706.60, plus the Plaintiff's other costs and disbursements incurred for the collection of this debt and of this action as permitted by applicable law, and

      C.      Grant the Plaintiff such other and further relief as to this Court seems just and proper.

Dated: April 2, 2020

By: /s/ Vincent D. DiMaiolo, Jr.
**FEIN, SUCH, KAHN & SHEPARD, P.C.**
7 Century Drive, Suite 201
Parsippany, New Jersey 07054
Telephone: 973-538-4700
*Attorneys for Plaintiff,*
*First National Bank of Omaha*

# Exhibit A

EXHIBIT A



**NRA  VISA**

Account Number: ████2390
New Balance: $1,054.72
Minimum Payment Due: $21.00
Payment Due Date: October 13, 2019

Make checks payable to First Bankcard
Amount of Payment Enclosed

$ _____ . _____

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

2253   060242

JONATHAN W WALLACE
115 NORWOOD AVE
HOLMES PA 19043-1428

Change of Address? If yes, please complete reverse side.

████████2390   0000000002100   0000000105472

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

**NRA Platinum Edition® Visa®**

Account Number: ████2390
Page 001 of 002

### Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$1,054.72 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$1,054.72** |
| Statement Closing Date | 09/16/19 |
| Days in Billing Cycle | 32 |
| Total Credit Limit | $29,000.00 |
| Available Credit | $27,945.00 |
| Cash Limit | $5,800.00 |
| Available Cash | $5,800.00 |

### Payment Information

| | |
|---|---|
| New Balance | $1,054.72 |
| Minimum Payment Due | $21.00 |
| Past Due Amount | $0.00 |
| Payment Due Date | October 13, 2019 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39 and your APRs may be increased to a Penalty APR of up to 32.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 years | $2,495 |
| $39 | 3 years | $1,404 (Savings $1,091) |

If you would like information about credit counseling services, call 1-866-486-6322.

**Customer Service**
Save Time and Stamps by Paying Online!
**Call: Toll Free 1-888-295-5540**
(TDD Telecommunications Device for the Deaf: 1-800-825-2833) (Balance Transfer Hotline: 1-877-368-8231)
**Visit: www.firstbankcard.com/nra**
Remit to: First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557

### Smart Tips

Have you secured your identity from theft?
Remember that the most common way identity thieves get their hands on your information is by going through your trash. Be sure to shred anything with sensitive information before throwing it away!

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Transactions** | | | | |
| 8-22 | 8-23 | 24000087823414000913290 | HANNUM'S HARLEY DAVIDS MEDIA PA | $805.55 |
| 8-24 | 8-26 | 24521009237900013800215 | HARLEY-DAVIDSON OF CHESTER SPRGS PA | $169.60 |
| 8-24 | 8-26 | 24000087823715430551313 | TIMOTHY'S - LIONVILLE 484-8796141 PA | $68.92 |
| 8-26 | 8-28 | 24013399230003669061168 | DOUBLER DECKER PIZZA MEDIA PA | $10.65 |

**Fees**
Total Fees For This Period                                                                                                     $0.00

**Interest Charged**
Interest Charge on Purchases                                                                                                   $0.00
Interest Charge on Cash Advances                                                                                           $0.00
Interest Charge on Balances Transfers                                                                                     $0.00
**Total Interest For This Period**                                                                                               **$0.00**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.    (v) Variable Rate   (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 20.24% (v) | N/A | $846.47 | 32 | $0.00 |
| Cash Advance | 27.49% (v) | N/A | $0.00 | 32 | $0.00 |

### 2019 Total Year-to-Date

| | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.
Continued next page



**NRA** **VISA**

Account Number: _____2390
New Balance: $5,247.45
Minimum Payment Due: $104.00
Payment Due Date: November 13, 2019

Make checks payable to First Bankcard
Amount of Payment Enclosed

$

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

2253    015744

JONATHAN W WALLACE
115 NORWOOD AVE
HOLMES PA 19043-1428

Change of Address? If yes, please complete reverse side.

_____2390    0000000010400    0000000524745

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

**NRA Platinum Edition® Visa®**

Account Number: _____2390
Page 001 of 003

### Account Summary

| | |
|---|---|
| Previous Balance | $1,054.72 |
| Payments | -$50.00 |
| Other Credits | -$7.50 |
| Purchases | +$4,200.08 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$50.15 |
| New Balance | $5,247.45 |
| Statement Closing Date | 10/16/19 |
| Days in Billing Cycle | 30 |
| Total Credit Limit | $29,000.00 |
| Available Credit | $23,752.00 |
| Cash Limit | $5,800.00 |
| Available Cash | $5,800.00 |

### Payment Information

| | |
|---|---|
| New Balance | $5,247.45 |
| Minimum Payment Due | $104.00 |
| Past Due Amount | $0.00 |
| Payment Due Date | November 13, 2019 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39 and your APRs may be increased to a Penalty APR of up to 31.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 28 years | $13,860 |
| $195 | 3 years | $7,020 (Savings $6,840) |

If you would like information about credit counseling services, call 1-866-480-6322

**Customer Service** Call: Toll Free 1-888-295-5540
(TDD Telecommunications Device for the Deaf: 1-800-925-2433) (Balance Transfer Hotline: 1-877-369-6231)

Save Time and Stamps by Paying Online!
Visit: www.firstbankcard.com/nra
Remit to: First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557

### Smart Tips

**Avoid Credit Card Fraud**
Do not give out your account number over the phone unless you initiate the call. Credit card thieves have been known to pose as credit card issuers and other businesses to trick you into giving out your credit card number. Legitimate companies don't call you to ask for a credit card number over the phone.

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| **Payments and Other Credits** | | | | |
| 10-07 | 10-07 | 7441830928002755510015 | PAYMENT - THANK YOU | $50.00 (CR) |
| 10-08 | 10-11 | 7413746928330054179012 | PUBLIX #812 ORLANDO FL | $7.50 (CR) |
| **Transactions** | | | | |
| 9-20  | 9-23 | 24736935263002695611614 | HOLLY SHORES CAMPGROUND CAPE MAY NJ | $496.00 |
| 9-20 | 9-23 | 24736935283002695611624 | HOLLY SHORES CAMPGROUND 609-8861234 NJ | $51.00 |
| 9-20 | 9-23 | 24391219264024195750365 | AVIS.COM PREPAY RESERV 8003527900 VA | $229.72 |
| 9-20 | 9-23 | 24717056264582640221998 | FRONTIER AI UF7BFX DENVER CO | $75.30 |
| 9-20 | 9-23 | 24717056264872642396180 | SPIRIT AIRL 4870218783838 800-7727117 FL | $56.58 |
| 9-21 | 9-23 | 24000087626532290123494 | HANNUM'S HARLEY DAVIDS MEDIA PA | $262.03 |
| 9-22 | 9-23 | 24757809265030083133410 | EZ BEVERAGE FOLSOM PA | $41.32 |
| 9-26 | 9-27 | 24760626270300000868390 | Berks-Mont Camping Ctr In BOYERTOWN PA | $296.59 |
| 9-27 | 9-30 | 24184059271837004255209 | EXXONMOBIL 47640156 ARDMORE PA | $92.70 |
| 9-29  | 9-30 | 24022207827301000522040 | SUNOCO 0363270004 PROSPECT PARK PA | $6.28 |
| 10-04 | 10-07 | 24492159277637094719396 | CASA COLLINS STRIPE.COM FL | $126.57 |
| 10-04 | 10-07 | 24226369278091004190055 | WAL-MART #5881 SPRINGFIELD PA | $76.07 |
| 10-05 | 10-07 | 24000097827941330171431 | FINNEGAN'S WAY 305-6727747 FL | $81.28 |
| 10-06 | 10-07 | 24492159279854255452131 | SQ *TV-HEAD COMPANY HIALEAH GARDE FL | $80.25 |
| 10-06 | 10-07 | 24431966278030006113167 | FL CAFE MIAMI BEACH FL | $33.95 |
| 10-06 | 10-07 | 24445009280000544764033 | WALGREENS #13162 MIAMI BEACH FL | $17.10 |
| 10-06 | 10-07 | 24210573928009191800112 | MIAMI BEACH PARKING MIAMI BEACH FL | $20.00 |
| 10-06 | 10-08 | 24316056280546284017997 | SHELL OIL 1004771012 PORT SAINT LU FL | $4.36 |
| 10-06 | 10-08 | 24057314628090001632459 | UNITED PARKING SERVICES 4 WEST PALM BCH FL | $10.50 |
| 10-07 | 10-08 | 24137469280500697811583 | TST* E R BRADLEY S SALOO WEST PALM BEA FL | $42.39 |
| 10-07 | 10-08 | 24431969281400918000130 | UNIV ADMTKT 014108880 ORLANDO FL | $362.10 |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page



# Convenient Access

Account management available when you need it, from your computer, tablet or smart device.

Account Number: _____2390
Page 002 of 003

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 10-07 | 10-08 | 2443108928140071200019S | KWIK E MART 01302108 ORLANDO FL | $3.50 |
| 10-07 | 10-08 | 2443108928109121S000857 | UNIV PARKING 01400040 ORLANDO FL | $36.00 |
| 10-07 | 10-09 | 24399008291852330009830 | Finnegan`s Bar01200021 ORLANDO FL | $53.76 |
| 10-07 | 10-09 | 2439900828185233003673S | Margaritaville00406603 ORLANDO FL | $103.23 |
| 10-07 | 10-09 | 2469216928110027637346S | UNIVERSAL FL/LOCKERS ORLANDO FL | $2.00 |
| 10-08 | 10-09 | 2421073928240055400030T | PINE LIQUOR ORLANDO FL | $23.39 |
| 10-08 | 10-09 | 24137469282001025404340 | PUBLIX #812 ORLANDO FL | $7.50 |
| 10-08 | 10-09 | 2443108928220738800002S | 1519 JCS ORLANDO I-DR ORLANDO FL | $76.14 |
| 10-09 | 10-10 | 24137469282300535886010 | PUBLIX #812 ORLANDO FL | $7.50 |
| 10-09 | 10-10 | 24299109282001182281986 | 7-ELEVEN 33353 ORLANDO FL | $30.65 |
| 10-09 | 10-10 | 24013398052001222691907 | LA COLOMBE E PHILADELPHIA PA | $5.29 |
| 10-09 | 10-10 | 24231686283637000072805 | FAMILY DOLLAR #8745 HOLMES PA | $11.53 |
| 10-09 | 10-11 | 24755429283152836506142 | HILTON GV TVVS FR DSK ORLANDO FL | $74.92 |
| 10-09 | 10-11 | 24692169283130015404715 | FOOD COURT 4AC01 HAMMONTON NJ | $14.91 |
| 10-09 | 10-11 | 24022079283016000299620 | SUNOCO 0547584300 HAMMONTON NJ | $27.27 |
| 10-09 | 10-11 | 24299109283001307489117 | PPA PHL AIRPORT PHILADELPHIA PA | $55.00 |
| 10-09 | 10-11 | 24717059283872832753727 1 | SPIRIT AIRL 4870220445282 MIRAMAR FL | $155.00 |
| 10-10 | 10-11 | 24692169294130910696575 | SHOPRITE RIO GRANDE $1 RIO GRANDE NJ | $58.05 |
| 10-10 | 10-11 | 24692169294130910696591 | SHOPRITE RIO GRANDE $1 RIO GRANDE NJ | $8.49 |
| 10-10 | 10-11 | 24013399283001366245733 | JOE CANALS DISCOUNT LIQUO RIO GRANDE NJ | $26.10 |
| 10-10 | 10-11 | 24164079283637000152374 | WAWA 946   00009464 RIO GRANDE NJ | $9.06 |
| 10-10 | 10-11 | 24164079283637000152173 | WAWA 946   00009464 RIO GRANDE NJ | $16.78 |
| 10-10 | 10-15 | 24013399294001386245338 | MOMIJI JAPANESE RESTAURAN RIO GRANDE NJ | $85.32 |
| 10-11 | 10-15 | 24164079294637000114316 | WAWA 972   00009720 MOUNT EPHRAIM NJ | $1.07 |
| 10-11 | 10-15 | 24164079294040001534063 | NJT TRENTON    5031 TRENTON NJ | $67.00 |
| 10-11 | 10-15 | 24164079294637000114333 | WAWA 972   00009720 MOUNT EPHRAIM NJ | $38.49 |
| 10-11 | 10-15 | 24692169295100817734791 | STARBUCKS STORE 18777 NEW YORK NY | $2.89 |
| 10-11 | 10-15 | 24692169295100620912797 | STARBUCKS STORE 00767 ARDMORE PA | $8.08 |
| 10-11 | 10-15 | 24055239295286068902134 | TRENTON PRK & RIDE-DAILY TRENTON NJ | $13.50 |
| 10-11 | 10-15 | 24692169285100779423045 | MTA*METROCARD MACHINE NEW YORK NY | $12.00 |
| 10-11 | 10-15 | 24692169285100779423907 | MTA*METROCARD MACHINE NEW YORK NY | $12.00 |
| 10-11 | 10-15 | 24327435928644980461092 | 230 FIFTH NEW YORK NY | $38.89 |
| 10-12 | 10-15 | 24692169286100195089436 | SHOPRITE RIO GRANDE $1 RIO GRANDE NJ | $6.25 |
| 10-12 | 10-15 | 24231688286795173694898 | HRAC PARKING - VALET ATLANTIC CITY NJ | $10.00 |
| 10-12 | 10-15 | 24736830286500161912294Z | HOLLY SHORES CAMPGROUND CAPE MAY NJ | $11.28 |
| 10-12 | 10-15 | 24755429286642855455489 | BLACK HORSE DINER MOUNT EPHRAIM NJ | $41.02 |
| 10-12 | 10-15 | 24433089282072182001SS | KOHR BROS 15 OCEAN CITY NJ | $5.75 |
| 10-12 | 10-15 | 24759309287492503004243 | LANDSHARK ATLANTIC CITY ATLANTIC CITY NJ | $77.72 |
| 10-13 | 10-15 | 24011339287900213671751 | ParkAmerica-323 PHILADELPHIA PA | $10.00 |
| 10-13 | 10-15 | 24022079287016000644915 | SUNOCO 0768002800 PHILADELPHIA PA | $48.47 |
| 10-13 | 10-15 | 24011339928700189072735I | FRANKLIN FOUNTAIN ICECREA PHILADELPHIA PA | $19.33 |
| 10-13 | 10-15 | 24022079287160000572097 | SUNOCO 0363270004 PROSPECT PARK PA | $4.76 |
| 10-13 | 10-15 | 24022079287160000572948 | SUNOCO 0363270004 PROSPECT PARK PA | $17.19 |
| 10-14 | 10-15 | 24692169288120424046985 | SHOPRITE RIO GRANDE $1 RIO GRANDE NJ | $14.90 |
| 10-14 | 10-15 | 24013399287001930345429 | JOE CANALS DISCOUNT LIQUO RIO GRANDE NJ | $43.69 |
| 10-14 | 10-15 | 24736930287001899173514 | HOLLY SHORES CAMPGROUND CAPE MAY NJ | $21.39 |
| 10-14 | 10-15 | 24736930287001927127201 | HOLLY SHORES CAMPGROUND CAPE MAY NJ | $22.00 |
| 10-14 | 10-15 | 24137469287500728253338 | TST* THE PLOUGH & THE STA PHILADELPHIA PA | $101.42 |
| 10-14 | 10-15 | 24269799289000566399683 | RIO GRANDE DINER - NJ RIO GRANDE NJ | $50.06 |
| 10-14 | 10-16 | 24022079298016000548454 | SUNOCO 0273336800 OCEAN VIEW NJ | $24.00 |
| 10-15 | 10-16 | 24660197928609172300111 | FAST FIX JEWELRY & WATCH KING OF PRUSS PA | $81.09 |
| 10-15 | 10-16 | 24431089298638000955382 | DUNKIN #353390 ISELIN NJ | $5.86 |
| 10-15 | 10-16 | 24428069298001488243600 | PJS BLUEBELL BLUE BELL PA | $34.50 |

### Fees

Total Fees For This Period                                         $0.00

Continued next page

 **VISA**

Account Number: ████████2390
New Balance: $7,494.26
Minimum Payment Due: $322.00
Payment Due Date: December 13, 2019

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

Make checks payable to First Bankcard
Amount of Payment Enclosed

$

2253   065771

JONATHAN W WALLACE
115 NORWOOD AVE
HOLMES PA 19043-1428

Change of Address? If yes, please complete reverse side.

████████2390   0000000032200   0000000749426

PLEASE DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

**NRA Platinum Edition® Visa®**

Account Number: ████████2390
Page 001 of 002

### Account Summary

| | |
|---|---|
| Previous Balance | $5,247.45 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$2,101.80 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$28.00 |
| Interest Charged | +$117.01 |
| New Balance | $7,494.26 |
| Statement Closing Date | 11/15/19 |
| Days in Billing Cycle | 30 |
| Total Credit Limit | $29,000.00 |
| Available Credit | $21,505.00 |
| Cash Limit | $5,800.00 |
| Available Cash | $5,800.00 |

### Payment Information

| | |
|---|---|
| New Balance | $7,494.26 |
| Minimum Payment Due | $322.00 |
| Past Due Amount | $104.00 |
| Payment Due Date | December 13, 2019 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39 and your APRs may be increased to a Penalty APR of up to 31.74%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 31 years | $19,332 |
| $278 | 3 years | $10,008 (Savings $9,324) |

If you would like information about credit counseling services, call 1-866-486-6322.

 **Customer Service**   Call: Toll Free 1-888-295-5540
Save Time and Stamps by Paying Online!   (TDD Telecommunications Device for the Deaf: 1-800-925-2633) (Balance Transfer Hotline: 1-877-389-6231)
Visit: www.firstbankcard.com/nra
Remit to: First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557

 **Smart Tips**

Holiday shopping can put a strain on your credit. Keep track of your spending by collecting receipts and adding them up, like you would do when balancing a checkbook. That can help you avoid a January surprise!

### Important Information Regarding Your Account

By your closing date, we had not received the required payment. Please forward the proper minimum amount due to bring your account current.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 10-15 | 10-17 | 2461104382890040200103143 | MAC #3707 KING OF PRUSSIA PA | $121.90 |
| 10-15 | 10-17 | 2471705828915289990666 | FOOT LOCKER 25031 KING OF PRUSSIA PA | $130.00 |
| 10-15 | 10-17 | 2431605829954811202104 | SHELL OIL 57545570509 BIELIN NJ | $29.60 |
| 10-16 | 10-17 | 2421339928900222050278 | JOE CANALS DISCOUNT LIQUO RIO GRANDE NJ | $8.52 |
| 10-16 | 10-17 | 2416467928963700016458 | WAWA 157   00001578 NORTH WALES PA | $1.79 |
| 10-16 | 10-17 | 2416467928967000016506 | WAWA 157   00001578 NORTH WALES PA | $21.04 |
| 10-16 | 10-18 | 2449813929001402629834 | ASSI PLAZA PA. INC NORTH WALES PA | $72.64 |
| 10-16 | 10-18 | 2402220792900160000555220 | SUNOCO 0273336800 OCEAN VIEW NJ | $3.29 |
| 10-16 | 10-18 | 2402207928001600030489 | SUNOCO 0768002800 PHILADELPHIA PA | $6.75 |
| 10-16 | 10-18 | 2402207928001600033639 | SUNOCO 0768002800 PHILADELPHIA PA | $4.63 |
| 10-17 | 10-18 | 2421339929002310145814 | CAPE MAY STAGE INC CAPE MAY NJ | $85.00 |
| 10-17 | 10-18 | 2473693929000232251426 | HOLLY SHORES CAMPGROUND CAPE MAY NJ | $11.07 |
| 10-17 | 10-21 | 2473467929190001842098 | ETOLL AVIS 866-642-2200 NY | $25.60 |
| 10-17 | 10-21 | 2443359292912004283008 | CONGRESS HALL DINING CAPE MAY NJ | $31.00 |
| 10-18 | 10-21 | 2443359292914000305002 | UGLY MUG RESTAURANT CAPE MAY NJ | $119.13 |
| 10-18 | 10-21 | 2443108292683800030610 | COACH INC 5457 POTTSTOWN PA | $163.24 |
| 10-18 | 10-21 | 2469216929219016186221 | STARBUCKS 4AC01 HAMMONTON NJ | $3.09 |

Issued by First Bankcard, a division of First National Bank of Omaha

See reverse for additional information.

Continued next page



**LESS PAPER. MORE SECURITY.**

Wouldn't you enjoy less clutter and better defense against identity theft?

When you enroll in paperless statements, you'll receive a notification when your monthly statement is available and we'll take you to your online account. After reviewing your monthly statement, you'll also have easy access to recent statements and year-end reports that are just a click away.

Easy, secure access to your account statements.
Log in to your account and enroll today.

Account Number:
XXXX...2390
Page 002 of 002

## Transaction Detail

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 10-18 | 10-21 | 24269799292500757443881 | TRIANGLE TAVERN PHILADELPHIA PA | $23.25 |
| 10-18 | 10-21 | 24387795292004019006635 | AEROPOSTALE #1023 POTTSTOWN PA | $60.50 |
| 10-18 | 10-21 | 24765013292286788821170 | CITY WORKS PA KING OF PRUSS PA | $18.00 |
| 10-18 | 10-21 | 24022079292016000061564 | SUNOCO 0273336800 OCEAN VIEW NJ | $5.31 |
| 10-18 | 10-21 | 24022079292016000561614 | SUNOCO 0273336800 OCEAN VIEW NJ | $33.65 |
| 10-19 | 10-21 | 24022079292016000378571 | SUNOCO 0547584300 HAMMONTON NJ | $41.52 |
| 10-19 | 10-21 | 24013399292002659509966 | 15TH & SANSOM PHILADELPHIA PA | $35.00 |
| 10-19 | 10-21 | 24231698929320700000115 | DAIRY QUEEN #13617 DREXEL HILL PA | $7.08 |
| 10-19 | 10-21 | 24137488293002001089438 | CVS/PHARMACY #02867 FOLSOM PA | $59.50 |
| 10-19 | 10-21 | 24394698929301804104712 | LLANERCH DINER UPPER DARBY PA | $38.39 |
| 10-19 | 10-21 | 24239009293900014900444 | LUCKY 13 PUB PHILADELPHIA PA | $29.75 |
| 10-19 | 10-21 | 24692168293100777197397 | FOOD COURT 4AC01 HAMMONTON NJ | $2.65 |
| 10-19 | 10-21 | 24022079293016000564773 | SUNOCO 0273336800 OCEAN VIEW NJ | $5.31 |
| 10-19 | 10-21 | 24022079292016000588256 | SUNOCO 0363929104 DREXEL HILL PA | $2.50 |
| 10-19 | 10-21 | 24022079293016000367408 | SUNOCO 0547584300 HAMMONTON NJ | $40.84 |
| 10-20 | 10-21 | 24736939293002781007887 1 | HOLLY SHORES CAMPGROUND 609-8861234 NJ | $45.00 |
| 10-20 | 10-21 | 24736939293002781007764 1 | HOLLY SHORES CAMPGROUND 609-8861234 NJ | $22.00 |
| 10-20 | 10-21 | 24164079293040001626645 | NJT TRENTON  5034 TRENTON NJ | $51.50 |
| 10-20 | 10-22 | 24022079294016000572023 | SUNOCO 0273336800 OCEAN VIEW NJ | $23.44 |
| 10-20 | 10-22 | 24022079294216000572031 | SUNOCO 0273336800 OCEAN VIEW NJ | $6.59 |
| 10-20 | 10-22 | 24055237929429808900848 | TRENTON PRK & RIDE-DAILY TRENTON NJ | $10.00 |
| 10-21 | 10-22 | 24736939294002334527898 1 | HOLLY SHORES CAMPGROUND 609-8861234 NJ | $25.50 |
| 10-19 | 10-23 | 24638589929501801809868 1 | OYSTER HOUSE PHILADELPHIA PA | $216.44 |
| 10-21 | 10-23 | 24429299295030033304516 | Tranquility Massage Thera EGG HBR TWP NJ | $82.64 |
| 10-21 | 10-23 | 24022079295016000576577 | SUNOCO 0273336800 OCEAN VIEW NJ | $3.29 |
| 10-21 | 10-23 | 24431099295675014131131 | ACME #1770 HOLMES PA | $19.97 |
| 10-22 | 10-23 | 24013399295002948627435 | NOT JUST WINGS GLENOLDEN PA | $33.13 |
| 10-28 | 10-29 | 24164079301637000488893 | WAWA 8048  00080481 FOLSOM PA | $50.17 |
| 10-27 | 10-30 | 24754679302900011302224 1 | ETOLL AVIS 866-6422000 NY | $1.32 |
| 10-27 | 10-30 | 24559309302900013300211 | HEALTH SPRING SPA FOLSOM PA | $167.00 |
| 10-28 | 10-30 | 24013399302003925695213 | NOT JUST WINGS GLENOLDEN PA | $31.27 |
| 10-28 | 10-30 | 24761979302286588800435 | PET SUPPLIES PLUS #4009 WOODLYN PA | $71.00 |

**Fees**

| | | | | |
|---|---|---|---|---|
| 11-13 | 11-15 | 74046739318000319062000 | LATE FEE | $28.00 |

**Total Fees For This Period** $28.00

**Interest Charged**

| | |
|---|---|
| Interest Charge on Purchases | $117.01 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balances Transfers | $0.00 |
| **Total Interest For This Period** | **$117.01** |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.    (v) Variable Rate    (f) Fixed Rate

| Charge Summary | Annual Percentage Rate (APR) | Special Offer or Eligible Purchase APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 19.74% (v) | N/A | $7,210.16 | 30 | $117.01 |
| Cash Advance | 26.99% (v) | N/A | $0.00 | 30 | $0.00 |

**2019 Total Year-to-Date**

Total fees charged in 2019 .......... $28.00
Total interest charged in 2019 .......... $167.16