United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jonathan William Wallace  
    Debtor(s)

Case No. 19-17977-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Keith      Page 1 of 2  
Date Rcvd: Oct 08, 2020      Form ID: 195      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan William Wallace, 115 Norwood Avenue, Holmes, PA 19043-1428 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:

**Name**      **Email Address**

REBECCA ANN SOLARZ  
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

STEPHEN VINCENT BOTTIGLIERI  
    on behalf of Defendant Jonathan William Wallace steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

STEPHEN VINCENT BOTTIGLIERI  
    on behalf of Debtor Jonathan William Wallace steve@bottiglierilaw.com  ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

TERRY P. DERSHAW  
    td@ix.netcom.com  PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee  
    USTPRegion03.PH.ECF@usdoj.gov

VINCENT D. DIMAIOLO, JR.

District/off: 0313-2      User: Keith      Page 2 of 2
Date Rcvd: Oct 08, 2020      Form ID: 195      Total Noticed: 1

on behalf of Plaintiff First National Bank of Omaha vdimaiolo@feinsuch.com

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                 : Chapter 7

Jonathan William Wallace                                  : Case No. 19−17977−elf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , October 8, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

23
Form 195